IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CYNTHIA WOOTEN, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF BILLY WAYNE WOOTEN, JR. AND AS NEXT FRIEND OF A.M.W., A MINOR; BILLY WAYNE WOOTEN, SR.; AND FRANKIE WOOTEN,<br><br>Plaintiffs,<br><br>vs.<br><br>RELCO SYSTEMS, INC. AND EDWARD J. CONGDON,<br><br>Defendants. | Civil Action No. 3:12-cv-3905-P |

## FINAL JUDGMENT

Pursuant to the jury verdict dated November 21, 2014, the Court issues judgment jointly and severally against Defendants Relco Systems, Inc. and Edward J. Congdon as follows:

1) Plaintiff Cynthia Wooten is awarded $2,394,750.00, and prejudgment interest on the aforementioned amount in the sum of $258,499.74, plus an additional $328.05 for each day after November 24, 2014 until the day judgment is filed.

2) Cynthia Wooten is awarded $16,597.00 in her capacity as representative of the estate of Billy Wayne Wooten, Jr., and prejudgment interest on the aforementioned amount in the sum of $1,789.69, plus an additional $2.27 for each day after November 24, 2014 until the day judgment is filed.

3) Cynthia Wooten, in her capacity as next friend of Plaintiff A.M.W., is awarded $1,798,250.00, and prejudgment interest on the aforementioned amount in the sum of

$194,111.09, plus an additional $246.33 for each day after November 24, 2014 until the day judgment is filed.

4) Plaintiff Wayne Wooten, Sr. is awarded $1,000,000.00, and prejudgment interest on the aforementioned amount in the sum of $107,944.51, plus an additional $136.99 for each day after November 24, 2014 until the day judgment is filed.

5) Plaintiff Frankie Wooten is awarded $1,000,000.00, and prejudgment interest on the aforementioned amount in the sum of $107,944.51, plus an additional $136.99 for each day after November 24, 2014 until the day judgment is filed.

6) Pursuant to 28 U.S.C. § 1961 (2000), Plaintiffs are entitled to post-judgment interest on the total of the foregoing damages, including the prejudgment interest, at the rate of 0.15% per annum from December 12, 2014 until the judgment is satisfied.

7) Plaintiffs are awarded taxable court costs.

**IT IS SO ORDERED.**

Signed this  11th  day of December, 2014.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE