## *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

April 05, 2016

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

    No. 15-10563   Cynthia Wooten, et al v. Relco Systems,
                           Incorporated, et al
                           USDC No. 3:12-CV-3905

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    Nancy F. Dolly, Deputy Clerk
                                    504-310-7683

cc w/encl:
    Mr. Paul A. Bezney
    Ms. Rebecca Adams Cavner
    Mr. Robert D. Crain
    Mr. Brett David Kutnick
    Ms. Stephanie Dooley Nelson

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

**A True Copy**
**Certified order issued Apr 05, 2016**

*Tyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

No. 15-10563

_____

CYNTHIA WOOTEN, Individually and as Representative of the Estate of Billy Wayne Wooten, Jr. and as Next Friend of A.M.W. and C.J.H., minors; BILLY WAYNE WOOTEN, SR.; FRANKIE WOOTEN,

    Plaintiffs - Appellees

v.

RELCO SYSTEMS, INCORPORATED; EDWARD J. CONGDON,

    Defendants - Appellants

_____

Appeal from the United States District Court for the
Northern District of Texas, Dallas
_____

CLERK'S OFFICE:

    Under FED R. APP. P. 42(b), the appeal is dismissed as of April 05, 2016, pursuant to appellants' motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Nancy F. Dolly, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT